UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | |
|---|---|
| IN RE: | Case No.: 13-20483 |
| Winona C. Bush | |
| | Chapter 13 |
| Debtor. | |
| Nationstar Mortgage LLC | |
| Movant, | |
| v. | |
| Winona C. Bush | |
| Respondent. | |

## RESPONSE TO MOVANT'S MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 24 BANTRY COURT, ROSEDALE, MD 21237

Now comes the Debtor/Respondent ("Respondent"), Winona C. Bush, by and through her attorney, Marie Lott Pharaoh, who objects to Nationstar Mortgage LLC's Motion for Relief from Stay and, for good cause, respectfully responds as follows:

1. Respondent admits to the allegations in paragraph 1.
2. Respondent does not have sufficient knowledge to admit to or deny the allegations in paragraph 2.
3. Respondent denies the allegations in paragraphs 4-6.
4. Respondent further avers that the property at 24 Bantry Court, Rosedale, MD is absolutely necessary for an effective reorganization, as this is where she is domiciled, and is her primary residence.

**WHEREFORE**, the Respondent prays that this Honorable Court:

    A. Deny Movant's Motion, and

    B. Grant such other and further relief as her cause dictates.

                                                                                Respectfully submitted,

May 17, 2017                                                 /s/ Marie Lott Pharaoh
                                                              Marie Lott Pharaoh #11080
                                                              16029 Dorset Road
                                                             Laurel, Maryland 20707
                                                             Phone: (240) 606-3494
                                                             Fax: (240) 536-9157
                                                             mariepharaoh@lawfirmmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 17, 2017, I reviewed the Court's CM/ECF system and it reports that an electronic copy of Debtor's Response will be served electronically by the Court's CM/ECF system on the following:

    Richard J. Rogers, Esq.
    Attorney for Movant

    Robert S. Thomas II
    Chapter 13 Trustee

                                                                                /s/Marie Lott Pharaoh
                                                                                  Marie Lott Pharaoh